Case 4:17-cv-03875   Document 82   Filed in TXSD on 04/05/18   Page 1 of 1
Case 4:17-cv-03875   Document 39-1   Filed in TXSD on 02/28/18   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
April 06, 2018
David J. Bradley, Clerk

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| BARBARA LATHAM, Individually and as Heir and Personal Representative of the Estate of MURIEL MINTZ and ESTELLE NELSON, Individually and as Heir to the Estate of MURIEL MINTZ<br>　　*Plaintiffs,*<br><br>vs.<br><br>JUDGE MIKE WOOD, Individually and Official Capacity as Statutory Probate Judge of Harris County, Texas MICHELE GOLDBERG, Individually & Officially, HARRIS COUNTY, TEXAS TERESA PITRE, Individually & Officially DONALD MINTZ, HOUSTON HOSPICE, STACY KELLY, ST. LUKE'S EPISCOPAL HOSPITAL, THUY TRIN, DOES 1-100<br>　　*Defendants* | § § § § § § § § § § § § § § § § § § § § § | C.A. No. 4:17-cv-03875 |

## ORDER

Pending before the Court is Donald Mintz's Motion to Dismiss Complaint Pursuant to Fed. R. Civ. P. 12(b)(6). After having considered the Motion, the Court hereby **GRANTS** Defendant's Motion to Dismiss Complaint. It is therefore,

**ORDERED** that all claims asserted against Donald Mintz are dismissed.

It is so **ORDERED.**

April 5, 2018
Date

The Honorable Vanessa Gilmore
United States District Judge