United States District Court
Southern District of Texas
**ENTERED**
April 06, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| BARBARA LATHAM, et al., § | |
| § | |
| Plaintiffs, § | |
| § | |
| v. § | CASE NO. 4:17-CV-03875 |
| § | |
| JUDGE MIKE WOOD, et al., § | |
| § | |
| Defendants. § | |

## ORDER

Pending before the Court is Defendant Michelle Goldberg ("Goldberg")'s Motion to Dismiss. **(Instrument No. 40).**

Based on the record and arguments before the Court, **IT IS HEREBY ORDERED** that Goldberg's Motion to Dismiss is **GRANTED. (Instrument No. 40).** Plaintiffs' claims against Goldberg are hereby **DISMISSED with prejudice.** Goldberg's previous motion to dismiss is **DENIED as moot. (Instrument No. 31).**

The Clerk shall enter this Order and provide a copy to all parties.

SIGNED on this the _____ day of April, 2018.

_____
**VANESSA D. GILMORE**
**UNITED STATES DISTRICT JUDGE**