United States District Court
Southern District of Texas
**ENTERED**
April 06, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| BARBARA LATHAM, Individually Heir, & Representative MURIEL L. MINTZ, deceased & ESTELLE NELSON, Individually & Heir of MURIEL MINTZ, deceased<br>*Plaintiffs,*<br><br>vs.<br><br>JUDGE MIKE WOOD, Individually & Official Capacity as Statutory Probate Judge, Harris County, Texas, MICHELLE GOLDBERG, Individually & Officially, HARRIS COUNTY, TEXAS, TERESA PITRE, Individually & Officially, DONALD MINTZ, HOUSTON HOSPICE STACY KELLY, ST LUKE'S EPISOCAL HOSPITAL, THUY TRIN, DOES 1-100<br>*Defendants.* | CIVIL ACTION NO. 4:17-CV-03875<br><br>JURY DEMAND |

### ORDER DISMISSING JUDGE MIKE WOOD

Came on this day for consideration, Defendant Judge Mike Wood's First Amended Motion to Dismiss Pursuant to Rule 12(b)(6) Fed. R. Civ. P. After considering same, this Court is of the opinion that the Motion is meritorious and should be GRANTED.

IT IS ORDERED that all claims and causes of action by Plaintiffs against Defendant Judge Mike Wood, Individually and in his Capacity as Statutory Probate Judge of Harris County are dismissed with prejudice.

SIGNED, this _____ day of __April__, 2018 at Houston, Texas.

VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE