United States District Court
Southern District of Texas
**ENTERED**
April 17, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| BARBARA LATHAM, Individually Heir, & Representative MURIEL L. MINTZ, deceased, & ESTELLE NELSON Individually & Heir of MURIEL MINTZ, Deceased, <br><br> vs. <br><br> JUDGE MIKE WOOD, *et al.* | § § § § § § § § § § <br><br> C.A. NO. 4:17-cv-03875 |

**ORDER**

Before the Court is Defendant Houston Hospice's Motion to Dismiss (Inst. #57) Pursuant to Fed. R. Civ. P. 12(b)(6). The Court, after considering the motion, any evidence properly submitted by the parties, applicable law, and any responses thereto, is of the opinion that the relief requested by Defendant should be GRANTED. It is therefore:

1. Defendant Houston Hospice's Motion to Dismiss is GRANTED;

2. All claims and causes of action asserted by Plaintiffs against Defendant Houston Hospice are DISMISSED WITH PREJUDICE; and

3. All relief not specifically granted herein is DENIED.

SIGNED this the 17th day of April, 2018.

JUDGE VANESSA D. GILMORE