United States District Court
Southern District of Texas

**ENTERED**

April 17, 2018

David J. Bradley, Clerk

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| **BARBARA LATHAM, Individually Heir, & Representative MURIEL L. MINTZ, deceased & ESTELLE NELSON, Individually & Heir of MURIEL MINTZ, deceased** *Plaintiffs,* | § § § § § § § | |
| | § | |
| **vs.** | § § | **CIVIL ACTION NO. 4:17-CV-03875** |
| | § | |
| **JUDGE MIKE WOOD, Individually & Official Capacity as Statutory Probate Judge, Harris County, Texas, MICHELLE GOLDBERG, Individually & Officially, HARRIS COUNTY, TEXAS, TERESA PITRE, Individually & Officially, DONALD MINTZ, HOUSTON HOSPICE STACY KELLY, ST LUKE'S EPISOCAL HOSPITAL, THUY TRIN, DOES 1-100** *Defendants.* | § § § § § § § § § § § § | **JURY DEMAND** |

### ORDER DISMISSING HARRIS COUNTY

Came on this day for consideration, Defendant Harris County's First Amended Motion to Dismiss (Inst #49) Pursuant to Rule 12(b)(6) Fed. R. Civ. P.  After considering same, this Court is of the opinion that the Motion is meritorious and should be GRANTED.

IT IS ORDERED that all claims and causes of action by plaintiff against Defendant Harris County are dismissed with prejudice.

SIGNED, this 17th day of April _____, 2018 at Houston, Texas.

VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE